
WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Robert A. Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
rriether@wrightlegal.net
*Attorneys for Defendant, Navient Solutions, LLC (erroneously named Navient Corporation)*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KATHERINE DIAZ,<br><br>  Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SOLUTIONS, LLC, a foreign limited liability company; NAVIENT CORPORATION, a foreign corporation,<br><br>  Defendants. | Case No.: 2:20-cv-02005-JCM-NJK<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Plaintiff, Katherine Diaz ("Plaintiff"), and Defendant, Navient Solutions, LLC (erroneously named Navient Corporation) ("NSL"), by and through their respective attorneys of records, and hereby agree and stipulate as follows.

1. On November 3, 2019, NSL filed a Waiver of the Service of Summons [ECF No. 5];

2. NSL's response to the Complaint is due January 4, 2021;

3. NSL's counsel is requesting an additional thirty (30) days to file its response to Plaintiff's Complaint, and thus requests up to February 3, 2021, to file a response;

4. This extension is requested to allow the parties additional time to continue ongoing settlement discussions, and also due to vacation schedules during the holidays for various counsel and parties;

5. Counsel for Plaintiff does not oppose this extension;

6. This Stipulation is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 28th day of December, 2020. | DATED this 28th day of December, 2020. |
|---|---|
| **WRIGHT, FINLAY & ZAK, LLP** | |
| /s/ Robert A. Riether<br>Christina V. Miller<br>Nevada Bar No. 12448<br>Robert A. Riether, Esq.<br>Nevada Bar No. 12076<br>7785 W. Sahara Avenue, Suite 200<br>Las Vegas, Nevada 89117<br>*Attorneys for Defendant, Navient Solutions, LLC (erroneously named Navient Corporation)* | /s/ Kristie L. Fischer<br>Kristie L. Fischer<br>Nevada Bar No.<br>2565 Coral Sky Court,<br>Las Vegas, Nevada 89142<br>*Attorneys for Plaintiff, Katherine Diaz* |

**ORDER**

**IT IS SO ORDERED.**

Dated: December 28, 2020

_____
UNITED STATES MAGISTRATE JUDGE