# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KATHERINE DIAZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SOLUTIONS, LLC, et al.<br><br>　　　　Defendants. | Case No. 2:20-cv-02005-JCM-NJK<br><br>**ORDER** |

On March 22, 2021, Plaintiff Katherine Diaz and Defendant Equifax Information Services, LLC ("parties") filed a notice advising the Court that they had reached a settlement and that a stipulation of dismissal would be filed no later than May 22, 2021. Docket No. 18. To date, the parties have neither filed a stipulation of dismissal nor requested an extension to do so. *See* Docket. Accordingly, the parties are hereby **ORDERED** to file a stipulation of dismissal, no later than May 28, 2021.

IT IS SO ORDERED.

Dated: May 25, 2021

_____
Nancy J. Koppe
United States Magistrate Judge