Kristie L. Fischer
2565 Coral Sky Court,
Las Vegas, Nevada 89142
Telephone: (702) 218-0253
Email: fischer.kristie@gmail.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Katherine Diaz*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

Katherine Diaz,

      Plaintiff,

vs.

Equifax Information Services, LLC., et al.

      Defendant.

Case No.: 2:20-cv-02005-JCM-NJK

## STIPULATION OF DISMISSAL
## AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

**IT IS HEREBY ORDERED** that the above-captioned action be dismissed, with prejudice, against Defendant Equifax Information Services, LLC., with each party to bear its own attorneys' fees and costs.

1

May 26, 2021

                                      Respectfully submitted,

                                      By:/s/ Kristie L. Fischer
                                      Kristie L. Fischer
                                      2565 Coral Sky Court,
                                      Las Vegas, Nevada 89142
                                      Telephone: (702) 218-0253
                                      Email: fischer.kristie@gmail.com

                                      By:  /s/Jeremy J. Thompson
                                      Jeremy J. Thompson
                                      Nevada Bar No. 12503
                                      3800 Howard Hughes Pkwy, Suite 500
                                      Las Vegas, NV 89169
                                      Tel: (702) 862-8300
                                      Fax: (702) 862-8400
                                      Email: jthompson@clarkhill.com
                                      *Attorney for Defendant*
                                      *Equifax Information Services LLC*

## **PROOF OF SERVICE**

    I, Kristie L. Fischer, hereby state that on May 26, 2021 I served a copy of the foregoing pleading upon all counsel of record via the ECF System.

                                        /s/ Kristie L. Fischer

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

Katherine Diaz,

    Plaintiff,

vs.

Equifax Information Services, LLC., et al.

    Defendant.

Case No.: 2:20-cv-02005-JCM-NJK

## ORDER OF DISMISSAL
## WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

The Court, having reviewed the parties' stipulation, and finding good cause shown;

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendant Equifax Information Services, LLC., are hereby dismissed with prejudice and without fees or costs to either party. The Clerk of the Court shall terminate Equifax Information Services, LLC., as a party in this action and remove its attorneys of record from receiving ECF Notifications.

Date: May 26, 2021

_____
UNITED STATES DISTRICT JUDGE